|                          | IN THE DISTRICT COURT OF APPEAL |
|                          | FIRST DISTRICT, STATE OF FLORIDA |

DANTE DAVIS,                      NOT FINAL UNTIL TIME EXPIRES TO
                                 FILE MOTION FOR REHEARING AND
    Petitioner,       DISPOSITION THEREOF IF FILED

v.                               CASE NO. 1D14-5011

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed November 13, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Dante Davis, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

LEWIS, C.J., THOMAS and OSTERHAUS, JJ., CONCUR.